Form B 250B (12/09)

# United States Bankruptcy Court
### Middle District Of North Carolina



In re  AE Bicycle Liquidation, Inc.,
Debtor

The Finley Group, Inc., solely in its capacity as Plan Administrator for Performance Direct, Inc.,
vs.  Plaintiff

Star Leader Trading Limited,
Defendant

Case No.  18-80856

Chapter  11

Adv. Proc. No.  20-09037

**AMENDED**

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the service of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk: | Reid Wilcox, Clerk<br>U.S. Bankruptcy Court<br>PO Box 26100<br>Greensboro, NC  27402-6100 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney & Bankruptcy Administrator.

| Name and Address of Plaintiff's Attorney<br>William J. Burnett<br>1835 Market Street, Suite 1050<br>Philadelphia, PA 19103 | **Name and Address of<br>Bankruptcy Administrator**<br>William P. Miller<br>Bankruptcy Administrator<br>101 South Edgeworth Street<br>Greensboro, NC  27401 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held telephonically.  The pretrial conference will be set after service has been effectuated.

| Call-in Information:<br>Number:<br>Access Code: | Date and Time<br>_____ at _____ |
|---|---|

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Reid Wilcox
*Clerk of the Bankruptcy Court*

January 27, 2021            By:  Susan Whitesell
Date                              Deputy Clerk

## CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

    ❑    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    ❑    Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

    ❑    Residence Service: By leaving the process with the following adult at:

    ❑    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

    ❑    Publication: The defendant was served as follows: [Describe briefly]

    ❑    State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

    Print Name :     _____

    Business Address:     _____

    _____