**SO ORDERED.**

**SIGNED this 5th day of February, 2021.**



_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

_____

```
           UNITED STATES BANKRUPTCY COURT
          MIDDLE DISTRICT OF NORTH CAROLINA
                   DURHAM DIVISION
```

| | | |
|---|---|---|
| In re: | ) | Case No. 18-80856 |
| | ) | |
| AE Bicycle Liquidation, Inc., et al.,[1] | ) ) ) | Chapter 11 |
| | ) | (Jointly Administered) |
| Debtor. | ) | |
| | ) | |
| The Finley Group, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) ) | Adv. No. 20-09037 |
| | ) | |
| Star Leader Trading Limited, | ) | |
| | ) | |
| Defendant. | | |

### ORDER ON SERVICE OF ADVERSARY PROCEEDING PACKAGE

Plaintiff The Finley Group, Inc. commenced this adversary proceeding by filing a Complaint against the Defendant Star Leader Trading Limited on November 6, 2020.  On November 7, 2020, the Clerk provided Plaintiff with the Adversary Proceeding Package

_____

[1] The Debtors in these jointly administered chapter 11 cases, along with each case number, are as follows: AE Bicycle Liquidation, Inc. f/k/a Advanced Sports Enterprises, Inc. (Case No. 18-80856); AI Bicycle Liquidation, Inc. f/k/a Advanced Sports, Inc. (Case No. 18-80857); Performance Direct, Inc. (Case No. 18-80860); Bitech, Inc. (Case No. 18-80858); and Nashbar Direct, Inc. (Case No. 18-80859).

1

("AP Package") consistent with practice in this district.[2] The AP Package contains procedural information for the parties to adversary proceedings in this district and requires Plaintiff to serve the package with the summons and Complaint on Defendant. ECF No. 2.

According to the Complaint, Defendant is a foreign company with its principal place of business in Hong Kong. Plaintiff requested that the Clerk relieve it from serving a translated version of the AP Package due to the cost of translating the AP Package from English. There is no requirement under the Federal Rules of Civil Procedure or Bankruptcy Rules that the AP Package be served on any defendant in order to obtain jurisdiction over the parties, and the Court is free to modify local procedures for good cause. The Court will find that there is good cause to relieve Plaintiff from translating and serving the AP Package on Defendant with the Summons and Complaint in this adversary proceeding, subject to the Court directing appropriate service of the AP Package by later order.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED Plaintiff is relieved from translating and serving the AP Package on Defendant with the Summons and Complaint.

---

[2] The AP Package is a Middle District of North Carolina Local Form that can be accessed at the following link:

http://www.ncmb.uscourts.gov/sites/default/files/forms/AP_Package_2020-04.pdf.

[END OF DOCUMENT]

[END OF DOCUMENT]