IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AE BICYCLE LIQUIDATION, INC., *et al.*,[1] | ) ) ) | CASE NUMBER: 18-80856 CHAPTER 11 |
| Debtor. | ) ) | |
| | ) | |
| THE FINLEY GROUP, INC., solely in its capacity as Plan Administrator for Performance Direct, Inc. | ) ) ) ) | ADVERSARY PROCEEDING NO.: 20-09037 |
| Plaintiff, | ) ) | |
| v. | ) | |
| Star Leader Trading Limited, | ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, William J. Burnett, Counsel for Plan Administrator, certifies that service of the Summons and Notice and a copy of the Complaint was made February 26, 2021, by hand delivery (Affidavit attached hereto) to:

Star Leader Trading Limited
Attn: Officer, Managing or General Agent, or any other agent authorized by appointment or by law to receive service of process
15/F Boc Group Life Assurance
Tower, 136
Des Voeux Road, Hong Kong

---

[1] The Debtors in this case, along with each Debtor's case number, are: (i) AE Bicycle Liquidation, Inc. (formerly known as Advanced Sports Enterprises, Inc., Case No. 18-80856); (ii) AI Bicycle Liquidation, Inc. (formerly known as Advanced Sports, Inc.), Case No. 18-80857; (iii) Performance Direct, Inc., Case No. 1880860; (iv) Bitech, Inc., Case No. 18-80858; and (v) Nashbar Direct, Inc., Case No. 18-80859.

Under penalty of perjury, I declare that the foregoing is true and correct.

| Date: March 24, 2021 | **FLASTER/GREENBERG P.C.**<br>William J. Burnett (PA Bar No. 75975)<br>(*pro hac vice*)<br>1835 Market Street, Suite 1050<br>Philadelphia, PA 19103<br>(215) 279-9383 Telephone<br>(215) 279-9394 Facsimile<br>william.burnett@flastergreenberg.com |
| --- | --- |

# DECLARATION

I, Li Yuen Tung _____ (name), of Suite 2207, Tower 2, Lippo Centre 89 Queensway, Admiralty, Hong Kong (address), solemnly and sincerely declare that:

This information contained in the Affirmation attached marked "A","B", "C", "D". is true and correct.

And I make this solemn declaration conscientiously believing the same to be true and by virtue of the Oaths and Declarations Ordinance.

..............................................
(signature of declarant)

Declared at **Wan Chai District Office** in the HKSAR this _____ day of 2 4 MAR 2021 20_____,

#through the interpretation of _____ (name) of _____

_____ (address and occupation), the said interpreter having been also first declared/sworn* that he/she* had truly, distinctly, and audibly interpreted the contents of this document to the declarant, and that he/she* would truly and faithfully interpret the declaration about to be administered to him/her*.#

Before me,

LUI Shing - chiu

Commissioner for Oaths

#I _____ (name), of _____

_____ (address), solemnly and sincerely declare/swear* that I well understand the official language in which this document is written and _____

language and that I have truly, distinctly, and audibly interpreted the contents of this document to the declarant _____ (name), and that I will truly and faithfully interpret the declaration about to be administered to him/her*.

..............................................
(signature of interpreter)

Declared/Sworn* at _____ in the HKSAR this _____ day of _____ 20_____.

Before me,

..............................................
Commissioner for Oaths#

#__# Please delete the relevant paragraphs if no interpreter is involved
*Please delete where appropriate
HAD 5(S)Rev 1/2019

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

---

In re AE Bicycle Liquidation, Inc.

     Debtor | Case No. 18-8056

The Finley Group, Inc., solely in its capacity
as Plan Administrator for Performance | Adv. Pro. No. 20-09-037
Direct, Inc.,

     Plaintiff

     vs.

Star Leader Trading Limited

     Defendant

---

### AFFIDAVIT OF SERVICE ON DEFENDANT STAR LEADER TRADING LIMITED

I, Li Yuen Tung, do hereby state:

1. I am a non-party to this action over the age of 21 years;

2. I am authorized to serve legal process in Hong Kong, China;

3. I am a process server employed by the firm of Anderson & Anderson LLP;

4. on 22th February 2021, my firm received instructions on behalf of the Plaintiff from Aaron Lukken, Esq. of Kansas City, Missouri, to serve the legal documents on the Defendant, Star Leader Trading Limited (SLT) in the present case:

   - Hague Service Convention Warning
   - Summary of the Document to Be Served
   - Amended Summons and Notice of Pretrial Conference in an Adversary Proceeding
   - Complaint with Exhibit A
   - Adversary Proceeding Information Memorandum (Doc. 2, 13 pages)

5. According to the attached Annual Return filed with the Hong Kong Companies Registry on 9th June 2019, as **Exhibit A**, SLT's address is:

> 15th Floor, BOC Group Life Assurance Tower
> 136 Des Voeux Road Central
> Central, Hong Kong, SAR

6. on 26th February 2021, at approximately 11:35p.m., I arrived at that address with the intention of serving legal documents on Star Leader Trading Limited;

7. after I pressed the doorbell, a Chinese woman, approximately 35 years of age, about 5 feet 1 inch, in height, weighing about 120 pounds with short dark brown straight hair, accepted the documents in an envelope I gave her on behalf of Star Leader Trading Limited. I also gave her an additional page for acknowledgement of service and asked her to seal this page as an acknowledgement of receipt of the envelope. She affixed the company's seal of Portcullis (Hong Kong) Limited as acknowledging receipt of the documents on behalf of the Defendant, Star Leader Trading Limited and she also placed the date chop of 26th February 2021 and her name, Amanda Wong, on the page.  It is attached here as **Exhibit B**, and photographs of the event taken by me are attached as **Exhibit C**.

8. I believe service to have been effected upon the Defendant, Star Leader Trading Limited by a method prescribed by the internal law of Hong Kong, China for civil matters within this jurisdiction, and thus in accordance with Article 10(b) of the *Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters*; and

9. all information herein given accords with the rules and customary procedures applicable in the Hong Kong Special Administrative Region at the time of effecting service.

I declare under penalty of perjury under the laws of the United States and Hong Kong that the forgoing statements are true and accurate to the best of my knowledge and belief.

_____          _____

Date                                                                  Li Yuen Tung, Process Server


Subscribed and sworn before me on          March 2021 at HONG KONG, CHINA


_____

Name:

Justice of the Peace (or Commissioner of Oaths)

> This is the exhibit marked "A" referred to in the Declaration of Li Yuen Tung declared before me on 2 4 MAR 2021
> LUI Seung - chiu
> Commissioner for Oaths

# Exhibit A

## Annual Return of Star Leader Trading Limited

This is the exhibit marked "B" referred
to in the Declaration of Li Yuen Ting
declared before me on 2 4 MAR 2021.

Commissioner for Oaths

存案 Filed



公司註冊處
**Companies Registry**

周年申報表
**Annual Return**

表格 **NAR1**
Form

公司編號 **Company Number**

2383420

註 Note

**1  公司名稱 Company Name**

Star Leader Trading Limited
星領貿易有限公司

**2  商業名稱(如有的話) Business Name (If any)**

N/A

**3  公司類別 Type of Company**

請在適用的空格內加上 ✓ 號  Please tick the relevant box

[✓] 私人公司　　　[ ] 公眾公司　　　[ ] 擔保有限公司
Private company　　Public company　　Company limited by guarantee

**4  本申報表的結算日期**
**Date to which this Return is Made Up**

| 30 | 05 | 2020 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

(如屬私人公司，本申報表須按列載截至公司成立為法團的周年日期的資料。
如屬公眾公司，申報表的結算日期應為該公司的會計參照期結束後的 6 個月屆滿之日。
如屬擔保有限公司，申報表的結算日期應為該公司的會計參照期結束後的 9 個月屆滿之日。)

For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.
For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.
For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting reference period.

**5  隨本表格交付的財務報表所涵蓋的會計期**
**Period Covered by Financial Statements Delivered with this Form**

(私人公司無需填報此項  A private company need not complete this section)

| 日 DD | N/A 月 MM | 年 YYYY | 至 To | 日 DD | N/A 月 MM | 年 YYYY |
|---|---|---|---|---|---|---|

**6  註冊辦事處地址 Address of Registered Office**

15/F., BOC Group Life Assurance Tower, 136 Des Voeux Road Central, Central, Hong Kong

**提交人資料 Presenter's Reference**

姓名 Name:　　Sharrow Limited
地址 Address:　15/F., BOC Group Life Assurance Tower,
　　　　　　　136 Des Voeux Road Central, Central,
　　　　　　　Hong Kong

電話 Tel:  25259991　　傳真 Fax: 28776852
電郵 Email:  -
檔號 Reference:

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

**請勿填寫本欄 For Official Use**

22702179614
NAR1L　　　　2383420
09/06/2020

0124

表格
Form **NAR1**

公司編號 Company Number

2383420

⑪ **7** 電郵地址 **Email Address**

-

**8** 按揭及押記 **Mortgages and Charges**

截至本申報表的結算日期，所有根據《公司條例》須向公司註冊處處長登記的，或若於 **1912 年 1 月 1 日後**設定但須如此登記的按揭及押記的負債總額
Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

**Nil**

**9** 無股本公司的成員人數 **Number of Member(s) of a Company Not Having a Share Capital**
(有股本的公司無需填報此項 Company having a share capital need not complete this section)

截至本申報表的結算日期的成員人數
Number of Member(s) as at the Date to which this Return is Made Up

-

⑫ **10** 股本 **Share Capital**
(無股本的公司無需填報此項 Company not having a share capital need not complete this section)

截至本申報表的結算日期 As at the Date to which this Return is Made Up

| 股份的類別 (如普通股／優先股等) Class of Shares (e.g. Ordinary／ Preference etc.) | 貨幣單位 Currency | 已發行股份 Issued Shares | | |
|---|---|---|---|---|
| | | 總數 Total Number | 總款額 Total Amount | 已繳或視作已繳的總款額 Total Amount Paid up or Regarded as Paid up |
| **Ordinary** | **USD** | 1,578,284 | USD1,578,284.00 | USD1,578,284.00 |
| | | | | |
| | | | | |
| 總數 Total | **USD** | 1,578,284 | USD1,578,284.00 | USD1,578,284.00 |

第二頁 Page 2

0125

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

表格 **NAR1**
Form

公司編號 Company Number

2383420

## 11  公司秘書 Company Secretary

### A.  公司秘書（自然人）Company Secretary (Natural Person)
*(如超過一名公司秘書屬自然人，請用續頁 A 填報   Use Continuation Sheet A if more than 1 company secretary is a natural person)*

| 中文姓名 Name in Chinese | | |
|---|---|---|
| 英文姓名 Name in English | 姓氏 Surname | |
| | 名字 Other Names | |
| 前用姓名 Previous Names | 中文 Chinese | |
| | 英文 English | |
| 別名 Alias | 中文 Chinese | |
| | 英文 English | |

**13** 香港通訊地址
Hong Kong
Correspondence
Address

地區 Region  香港／HONG KONG

**14** 電郵地址
Email Address

**15** 身分證明 Identification
(a) 香港身分證號碼
Hong Kong Identity Card Number

( )

(b) 護照
Passport

簽發國家
Issuing Country

號碼
Number

### B.  公司秘書（法人團體）Company Secretary (Body Corporate)
*(如超過一名公司秘書屬法人團體，請用續頁 A 填報   Use Continuation Sheet A if more than 1 company secretary is a body corporate)*

| | | |
|---|---|---|
| **16** 中文名稱 Name in Chinese | - | |
| **16** 英文名稱 Name in English | **Sharrow Limited** | |
| **17** 香港地址 Hong Kong Address | 15/F., BOC Group Life Assurance Tower, 136 Des Voeux Road Central, Central | |
| | - | |
| | - | |
| 地區 Region | **Hong Kong** | |
| **14** 電郵地址 Email Address | - | |

公司編號 Company Number

288438

第三頁 Page 3

0126

表格 Form **NAR1**

公司編號 **Company Number**

2383420

## 12  董事 Directors

### A.  董事（自然人）Director (Natural Person)

*(如超過一名董事屬自然人，請用續頁 B 填寫)  Use Continuation Sheet B if more than 1 director is a natural person*

*請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)*

⑱ 身分
Capacity

☑ 董事 Director  ☐ 侯補董事 Alternate Director

代替 Alternate to

| | |
|---|---|
| 中文姓名 Name in Chinese | 江靖斌 |
| 英文姓名 Name in English  姓氏 Surname | CHIANG |
| 名字 Other Names | Jing-Bin |
| 前用姓名 Previous Names  中文 Chinese | - |
| 英文 English | - |
| 別名 Alias  中文 Chinese | - |
| 英文 English | Jonathan CHIANG |

⑲ 住址
Residential
Address

| No. 1-6, Aly. 9, Ln. 114, Weiguo St., East Dist., Tainan City 701, Taiwan |
|---|
| - |
| - |

國家／地區 Country／Region | Republic of China

⑳ 電郵地址
Email Address

| - |

㉑ 身分證明 Identification

(a) 香港身分證號碼
Hong Kong Identity Card Number

| | - | | | | | | | | ( | ) |

(b) 護照 Passport  簽發國家 Issuing Country | Republic of China

號碼 Number | 305061351

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0127

表格 Form **NAR1**

公司編號 Company Number

2383420

**12  董事 Directors** (接上頁 cont'd)

**B.  董事（法人團體）Director (Body Corporate)**
(如超過兩名董事為法人團體，請用續頁 C 項報 Use Continuation Sheet C if more than 2 directors are body corporate)

請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

(18) **1  身分 Capacity**    ☐ 董事 Director    ☐ 候補董事 Alternate Director    代替 Alternate to

中文名稱 Name in Chinese

英文名稱 Name in English

(22) 地址 Address

國家／地區 Country／Region

(20) 電郵地址 Email Address

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

(18) **2  身分 Capacity**    ☐ 董事 Director    ☐ 候補董事 Alternate Director    代替 Alternate to

中文名稱 Name in Chinese

英文名稱 Name in English

(22) 地址 Address

國家／地區 Country／Region

(20) 電郵地址 Email Address

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

表格 **NAR1**
Form

公司編號 **Company Number**

2383420

**12 董事 Directors** (續上頁 cont'd)

**C. 備任董事 Reserve Director**

(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)
(Only applicable to a private company with only one member who is also the sole director of the company)

| | | |
|---|---|---|
| 中文姓名<br>Name in Chinese | | |
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |
| ⑲ 住址<br>Residential<br>Address | | |
| | | |
| | | |
| | 國家／地區<br>Country／Region | |
| ⑳ 電郵地址<br>Email Address | | |

㉑ 身分證明 **Identification**

(a) 香港身分證號碼
    Hong Kong Identity Card Number

(b) 護照          簽發國家
    Passport        Issuing Country

              號碼
              Number

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0129

表格
Form **NAR1**

公司編號 Company Number

2383420

**(23) 13 有股本公司的成員詳情 Particulars of Member(s) of a Company Having a Share Capital**
*(有股本的公司必須填報此項 Company having a share capital must complete this section )*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

[✓] 非上市公司的成員詳情列於附表一
Particulars of members of a non-listed company are listed in Schedule 1

[ ] 上市公司的成員詳情列於附表二
Particulars of members of a listed company are listed in Schedule 2

**(24) 14 公司紀錄 Company Records**
*(如位置不足，請用續頁D 填報  Use Continuation Sheet D if the space provided is insufficient)*

公司備存下列紀錄的地址(如並非備存於第 6 項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| N/A | N/A |

**15 陳述書 Statement**

*(如屬私人公司，請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)*

[✓] 現述明公司自最近一份周年申報表的結算日期起(如屬首份周年申報表，則自公司成立為法團的日期起)，並沒有發出邀請，以邀請公眾人士認購公司的任何股份或債權證；同時如成員人數於本申報表的結算日期當日超過五十名，則超出五十名之數的成員，全屬根據《公司條例》第 11(2)條於計算公司成員人數時不包括在內的人。
The company has not, since the date of the last annual return (or since the date of incorporation in the case of the first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company and that if the number of members of the company exceeds 50 as at the date of this return, the excess consists wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the number of members of the company.

**(25)**

**提示 Advisory Note**
所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

本申報表包括下列續頁 This Return includes the following Continuation Sheet(s)

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

**(6)**

簽署 Signed :

姓名 Name : CHIANG Jing-Bin (a.k.a. Jonathan CHIANG)    日期 Date : 30 May 2020

董事 Director／公司秘書 Company Secretary *        日 DD  ／ 月 MM  ／ 年 YYYY

*請刪去不適用者  Delete whichever does not apply

表格
Form **NAR1**

附表一 **Schedule 1**
(非上市公司適用
**FOR NON-LISTED COMPANY)**

本申報表的結算日期
**Date to which this Return is Made Up**

| 30 | 05 | 2020 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

公司編號 **Company Number**

2383420

㉖ 非上市公司的成員詳情 (第 13 項)
**Particulars of Member(s) of a Non-listed Company (Section 13)**

(有股本的非上市公司必須填報此頁。如空位不足，或超過一類股份，可另加附表一。)
(Non-listed company having a share capital must complete this page.   If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.)

截至本申報表的結算日期的成員詳情 Particulars of Member(s) as at the Date to which this Return is Made Up

股份類別 Class of Shares | Ordinary

此類別股份的已發行總數 Total Number of Issued Shares in this Class | 1,578,284

| 姓名／名稱<br>Name | 地址<br>Address | 股份 Shares | | | 備註<br>Remarks |
|---|---|---|---|---|---|
| | | 現時持有量<br>Current<br>Holding | 轉讓*<br>Transferred * | | |
| | | | 數目<br>Number | 日期<br>Date | |
| J-Star Holding Co., Ltd.<br>家星控股股份有限公司 | Corporate Filing Services<br>Ltd., P.O. Box 613, Harbour<br>Centre, George Town,<br>Grand Cayman KY1-1107,<br>Cayman Islands | 1,578,284 | | | |

＊ 如公司的股份自上一份周年申報表日期以來 (如屬首份周年申報表，則自公司成立為法團以來)有任
何轉讓，有關詳情亦須一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
＊ If there have been any transfers of the company's shares since the date of the last annual return (or since
incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee
should be stated in the 'Remarks' column.

規格編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0131

# Exhibit B

## Acknowledgement of Service

This is the exhibit marked _____ "C" _____ referred
to in the Declaration of  U Yuen Tung
declared before me on

2 4 MAR 2021

LUI Shing - chiu
Commissioner for Oaths

## WARNING
### AVERTISSEMENT

**Identity and address of the addressee** / Identité et adresse du destinataire

**Star Leader Trading Limited**
15/F Boc Group Life Assurance, Tower
136 Des Voeux Road
Hong Kong, SAR

2 6 FEB 2021



¹Amanda Wong

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Legal Aid of North Carolina
201 W Main Street
Durham, NC 27701, USA
+1.866.219.5262

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# Exhibit C

## Photographs of the Event



This is the exhibit marked _____ "D" _____ referred
to in the Declaration of  Li Yuen Tung
declared before me on  2 4 MAR 2021

LUI Shing - chiu
Commissioner for Oaths













